**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Vashaun Ravenel, Petitioner.

Appellate Case No. 2012-209546

———————

Appeal from Charleston County
Roger M. Young, Sr., Circuit Court Judge

———————

Memorandum Opinion No. 2014-MO-005
Heard January 8, 2014 – Filed February 26, 2014

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

———————

**PER CURIAM:** After careful consideration of the Appendix, Record, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**